**STATE of Missouri, Respondent,**

v.

**Lamarr CRAIG, Appellant.**

**No. ED 104217**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: June 27, 2017

FOR APPELLANT: Andrew E. Zleit, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101.

FOR RESPONDENT: Josh Hawley, Christine Katherine Lesicko, 221 West High Street, P.O. Box 899, Jefferson City, Missouri 65102.

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

#### ORDER

PER CURIAM

Lemarr Craig appeals his convictions by a St. Louis City jury of first-degree as-sault, discharging a firearm from a vehicle, and two counts of armed criminal action arising out of the shooting of Richmond Johnson ("Victim"). Craig raises two points on appeal: 1) the trial court erred in denying his motion for judgment of acquittal and motion for new trial because there was insufficient evidence to support his convictions due to Victim's testimony at trial that Craig was not the shooter; and 2) the trial court abused its discretion in precluding the defense from questioning Victim about any bias or expectation of leniency Victim had related to Victim's pending criminal case in St. Louis County. Finding no error, we affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25.